E-FILED
Friday, 10 July, 2026 11:23:57 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

MAGGIE G.,

    *Plaintiff,*

    v.

FRANK BISIGNANO,
Commissioner of Social Security,

    *Defendant.*

Case No. 1:25-cv-01425-RLH

### ORDER

Before the Court is the parties' Joint Motion for Attorneys' Fees and Expenses under the Equal Access to Justice Act (EAJA).[1] (Doc. 19). Upon review, the Court finds that the request is reasonable and otherwise complies with the EAJA. *See Krecioch v. United States*, 316 F.3d 684, 687 (7th Cir. 2003) (explaining that eligibility for EAJA fees requires that (1) the plaintiff was the "prevailing party"; (2) the government's position was not "substantially justified"; (3) "no special circumstances make the award unjust"; and (4) the request is timely made). The Court therefore awards Plaintiff attorney's fees in the amount of $6,000.00 (six thousand dollars and zero cents) and expenses in the amount of $405.00 (four hundred and five dollars and zero cents), in full satisfaction of all claims that may be payable to Plaintiff in this matter under the EAJA.

---

[1] The parties in this case have consented to a final disposition by a magistrate judge under 28 U.S.C. § 636. (Doc. 8).

At the parties' request, the Court notes that any fees paid belong to Plaintiff, not to Plaintiff's attorney, and can be offset to satisfy any pre-existing debt Plaintiff owes the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) ("We hold that a § 2412(d) fees award is payable to the litigant and is therefore subject to a government offset to satisfy a pre-existing debt that the litigant owes the United States."). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the United States that is subject to offset, Defendant shall direct that the award be made payable to Charles Binder under the EAJA assignment signed by Plaintiff. If that payment is mailed (as opposed to deposited electronically), it shall be mailed to Plaintiff's counsel's address of record:

> **Law Offices of Harry J Binder & Charles E Binder PC**
> **485 Madison Ave**
> **Suite 501**
> **New York, NY 10022**

*So ordered.*

Entered this 10th day of July 2026.

s/ Ronald L. Hanna
Ronald L. Hanna
United States Magistrate Judge

2